838 F.2d 1215
 Unpublished Disposition
NOTICE: Sixth Circuit Rule 24(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Sixth Circuit.
David Lee CARTER, Plaintiff-Appellant,
v.
Dr. Anderson, Defendant-Appellee.
 No. 87-6157.
 United States Court of Appeals, Sixth Circuit.
 Feb. 8, 1988.
 
 Before RALPH B. GUY Jr., and BOGGS, Circuit Judges, and JOHN W. PECK, Senior Circuit Judge.
 
 ORDER
 
 1
 This pro se plaintiff appeals an order of the district court which dismissed his civil rights action filed pursuant to 42 U.S.C. Sec. 1983. Plaintiff now moves for an injunction. Upon review of the record and plaintiff's brief, this panel unanimously agrees that oral argument is not needed. Fed.R.App.P. 34(a).
 
 
 2
 For the reasons stated in the district court's memorandum, the motion for an injunction is hereby denied and the final order entered August 11, 1987, is hereby affirmed. Rule 9(b)(5), Rules of the Sixth Circuit.